NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COX COMMUNICATIONS, INC., COXCOM, LLC, COX ARKANSAS TELCOM LLC, COX COMMUNICATIONS ARIZONA LLC, COX ARIZONA TELCOM LLC, COX CALIFORNIA TELCOM LLC, COX COMMUNICATIONS CALIFORNIA LLC, COX COLORADO TELCOM LLC, COX CONNECTICUT TELCOM LLC, COX DISTRICT OF COLUMBIA TELCOM LLC, COX FLORIDA TELCOM LP, COX COMMUNICATIONS GEORGIA LLC, COX GEORGIA TELCOM LLC, COX IOWA TELCOM LLC, COX IDAHO TELCOM LLC, COX COMMUNICATIONS KANSAS LLC, COX KANSAS TELCOM LLC, COX COMMUNICATIONS GULF COAST LLC, COX COMMUNICATIONS LOUISIANA LLC, COX LOUISIANA TELCOM LLC, COX MARYLAND TELCOM LLC, COX MISSOURI TELCOM LLC, COX NEBRASKA TELCOM LLC, COX COMMUNICATIONS OMAHA LLC, COX COMMUNICATIONS LAS VEGAS INC., COX NEVADA TELCOM LLC, COX NORTH CAROLINA TELCOM LLC, COX OHIO TELCOM LLC, COX OKLAHOMA TELCOM LLC, COX RHODE ISLAND TELCOM LLC, COX COMMUNICATIONS HAMPTON ROADS, LLC, COX VIRGINIA TELCOM LLC,**
*Plaintiffs-Appellees*

v.

**SPRINT COMMUNICATION COMPANY LP,**

**SPRINT SPECTRUM, L.P., SPRINT SOLUTIONS, INC.,**
*Defendants-Appellants*

**CISCO SYSTEMS, INC.,**
*Defendant*

———————

2016-1013

———————

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-00487-SLR, Judge Sue L. Robinson.

———————

**ON MOTION**

———————

**O R D E R**

Upon consideration of Appellants' unopposed motion for extensions of time to the briefing schedule,

IT IS ORDERED THAT:

The motion is granted to the extent that Appellants' opening brief shall be due no later than December 18, 2015, Appellees' response brief shall be due no later than February 17, 2016, Appellants' reply brief shall be due no later than March 9, 2016, and the joint appendix shall be due no later than March 16, 2016.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s32